UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOLANDA ARCENEAUX,

    Plaintiff,

    v.

MARIN HOUSING AUTHORITY,

    Defendant.

Case No. 15-cv-00088-MEJ

**ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**

On January 8, 2015, Plaintiff Yolanda Arceneaux filed a Complaint and an Application to Proceed In Forma Pauperis.  In her Application, Plaintiff states that she is not employed and has no source of income.  She also states that she does not receive money from any other source, such as stocks, rent payments, pensions, federal or state welfare payments, or social security.  However, she lists monthly expenses of $3,500 for rent, $700 for food, and $200 for clothing.  Accordingly, the Court ORDERS Plaintiff to file a declaration by January 22, 2015, explaining how she pays the listed monthly expenses.

**IT IS SO ORDERED.**

Dated: January 9, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge