UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA ARCENEAUX,<br>    Plaintiff,<br>   v.<br>MARIN HOUSING AUTHORITY,<br>    Defendant. | Case No.  15-cv-00088-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on April 9, 2015. However, as the Court granted Defendant's Motion to Dismiss with leave to amend (Dkt. No. 24), the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, at a later date.

**IT IS SO ORDERED.**

Dated: March 19, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge